**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 00-0541-CIV-MORENO

DOROTHY COVEN, on behalf of herself and all
others similarly situated,

    Plaintiffs,

vs.

WORLD FUEL SERVICES CORPORATION;
RALPH R. WEISER; JERROLD BLAIR;
MICHAEL J. KASBAR; and PAUL H.
STEBBINS,

    Defendants.

_____/



FILED by ___ D.C.
DEC 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER CLOSING CASE AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that in light of this Court granting Defendants' Motion to Dismiss this action is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

47

Copies provided to:

John B. Missing, Esq.
Mandy Jones, Esq.
Andrew M. Herscowitz, Esq.
**BROBECK, PHLEGER & HARRISON, LLP**
1333 H Street, NW
Suite 800
Washington, D.C. 20005

Kenneth J. Vianale, Esq.
Maya Saxena, Esq.
**MILBERG, WEISS, BERSHAD, HYNES & LERACH, LLP**
5355 Town Center Road
Suite 900
Boca Raton, FL 33486

Paul J. Geller, Esq.
**CAULEY & GELLER, LLP**
7200 West Camino Real
Suite 203
Boca Raton, FL 33433

Hilarie Bass, Esq.
**GREENBERG TRAURIG, P.A.**
1221 Brickell Avenue
Miami, FL 33131